UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIS PATTON,

    Plaintiff,

v.                                           Case No. 2:04-cv-297
                                              HON. R. ALLAN EDGAR

RICHARD VANDERSCHAEGEN, et al.,

    Defendants.

_____/

**OPINION AND ORDER**
**APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS **ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (Docket #75) is **APPROVED and ADOPTED** as the opinion of the Court.

2. Defendant Vanderschaegen's Motion to Dismiss and for Summary Judgment (Docket #33) is **GRANTED** and defendant Vanderschaegen is **DISMISSED** from this case.

Dated: *March 9, 2006*                                       /s/ R. Allan Edgar
                                                                           R. ALLAN EDGAR
                                                                            UNITED STATES DISTRICT JUDGE